```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION

HOMESTEAD OF MORTON GROVE, LLC,  )
et al.,                          )
                                 )
           Plaintiffs,            )
                                 )
   v.                            )    No.  12 C 1469
                                 )
JSSH ARCHITECTS, INC., et al.,   )
                                 )
           Defendants.            )
```

MEMORANDUM ORDER

Duffy Engineering & Associates, Inc. ("Duffy") has filed its Answer to the Crossclaim brought against it by its codefendant JSSH Architects, Inc. Because Duffy's counsel has managed to pack a number of pleading errors into the bit more than two-page Answer, this Court strikes that pleading sua sponte and directs Duffy's counsel to return to the drawing board.

First, in Answer ¶1 Duffy's counsel both ignores the clear roadmap prescribed for disclaimers by Fed. R. Civ. P. ("Rule") 8(b)(5) and adds a meaningless demand for "strict proof." In both those respects, see App'x ¶1 to State Farm Mut. Auto. Ins. Co. v. Riley, 199 F.R.D. 276, 278 (N.D. Ill. 2001).

Next, Duffy's counsel improperly avoids complying with the mandate of Rule 8(b)(1)(B) by asserting in Answer ¶¶2 through 5 that a document referred to in the corresponding Crossclaim paragraph "speaks for itself." On that score, see App'x ¶3 to State Farm.

Finally, Answer ¶4 is also inappropriately nonresponsive to

the Crossclaim's corresponding allegation. If Duffy really claims that allegation is inaccurate, the principles of notice pleading (which apply to plaintiffs and defendants alike) require a more forthright and explanatory response.

In summary, the entire Answer is stricken, with leave of course granted to file an Amended Answer on or before May 18, 2012. No charge is to be made to Duffy by its counsel for the added work and expense incurred in correcting counsel's errors. Duffy's counsel is ordered to apprise his client to that effect by letter, with a copy to be transmitted to this Court's chambers as an informational matter (not for filing).

Milton I. Shadur
Senior United States District Judge

Date: May 4, 2012